[862 NE2d 782, 830 NYS2d 691]

Victor Coronel, Appellant, v The Chase Manhattan Bank, Respondent.

Decided January 16, 2007

**APPEARANCES OF COUNSEL**

*Victor Coronel*, appellant pro se.

*Barry, McTiernan & Moore,* New York City (*Anthony J. Mc-Nulty* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered as unnecessary. We agree with the Appellate Division that plaintiff failed to raise an issue of fact sufficient to defeat defendant bank's summary judgment motion.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.